1  Thomas J. Coleman, Jr., Esq. (SBN: 145663)
   Associate Counsel, Legal Services
2  WRITERS GUILD OF AMERICA, WEST, INC.
   7000 W. Third Street
3  Los Angeles, California 90048

4  323-782-4521
   323-782-4806 FAX
5  Attorney for Petitioners

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Writers Guild of America, West, Inc., Joe Forristal, Michael Serrato and Brian Clark, <br><br>                    Petitioners, <br>vs. <br>Material Films, LLC, <br>                    Respondent. | **2:09-cv-00120-FMC-AJWx** <br><br>JUDGMENT <br><br>DATE: March 2, 2009 <br>TIME: 10:00 a.m. <br>CTRM: 750 (Roybal) <br><br>HONORABLE FLORENCE-MARIE COOPER |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

The regularly noticed Motion for Order Confirming the Arbitrator's Opinion and Award and for Entry of Judgment in Conformity Therewith of Petitioners Writers Guild of America, West, Inc. ("WGAW"), Joe Forristal, Michael Serrato and Brian Clark was taken under submission by the Honorable Florence-Marie Cooper. Respondent Material Films, LLC was duly served with notice of the proceeding but failed to file a responsive pleading. The Court having considered the pleadings and documents on file orders as follows:

1

1    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment be
2 entered in this proceeding as follows:
3    1.   The Arbitrator's Opinion and Award ("Award") signed by
4 Edgar A. Jones, Jr., the sole neutral Arbitrator, on May 19, 2008
5 is confirmed in all respects.
6    2.   Material Films, LLC is ordered to immediately pay to the
7 WGAW on behalf of Brian Clark: (1) compensation in the principal
8 amount of $10,000.00, together with accrued interest at the rate of
9 1.5% per month through May 13, 2008, in the amount of $3,877.50.
10 Interest shall accrue at the rate of 1.5% per month until the
11 unpaid compensation is paid in full; (2) pension plan and health
12 fund contributions in the principal amount of $1,450.00, together
13 with accrued interest at .83% per month through May 13, 2008, in
14 the amount of $311.11, and continuing to accrue at the rate of .83%
15 per month until the unpaid contributions are paid in full.
16    3.   Material Films, LLC is ordered to immediately pay to the
17 WGAW on behalf of Michael Serrato: (1) interest in the amount of
18 $1,890.00 for late payment of compensation; (2) pension plan and
19 health fund contributions in the principal amount of $1,450.00,
20 together with accrued interest on the unpaid pension and health
21 contributions at .83% per month through May 13, 2008, in the amount
22 of $311.11, and continuing to accrue at the rate of .83% per month
23 until the unpaid contributions are paid in full.
24    4.   Material Films, LLC is ordered to immediately pay to the
25 WGAW on behalf of Joe Forristal: (1) interest in the amount of
26 $1,890.00 for late payment of compensation; (2) pension plan and
27 health fund contributions in the principal amount of $1,450.00,
28 together with accrued interest on the unpaid pension and health

2

1 contributions at .83% per month through May 13, 2008, in the amount
2 of $311.11, and continuing to accrue at the rate of .83% per month
3 until the unpaid contributions are paid in full.
4     5.   Material Films, LLC is ordered to immediately pay to the
5 WGAW the one-half share of Material Films, LLC of the Arbitrator's
6 fee and expenses, in the amount of $1,257.50.
7     6.   Material Films, LLC is ordered to immediately pay to the
8 WGAW attorney's fees in the amount of $1,500.00 and costs in the
9 amount of $350.00

12 Dated: February 25, 2009    _____
13                                              United States District Judge

3